### 25312. NEWMAN *v.* DENNIS.

BROYLES, C. J. The verdict was amply authorized by the evidence, and the court did not err in overruling the motion for new trial based only on the usual general grounds.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 30, 1936.

*S. H. Dyer,* for plaintiff in error. *Hall & Jones,* contra.